**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                         Case No. 3:06-cr-211-J-32HTS

TONY HENDERSON

_____

## **NOTICE OF HEARING**

**TAKE NOTICE** that this case is **SET** for a hearing on all pending motions and for status on **WEDNESDAY, AUGUST 29, 2007 at 3:30 p.m.** before the Honorable Timothy J. Corrigan, United States District Judge**,** in Courtroom 10B, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[1]

**DATED** this 20th day of August, 2007.

                                                        TIMOTHY J. CORRIGAN
                                                        United States District Judge
                                                        /s/ Susanne R. Weisman
                                                        Law Clerk/Deputy Clerk
                                                        (904) 549-1304

copies to:

James R. Klindt, Esq. (Acting U.S. Atty)
Don J. Pashayan, Esq. (AUSA-Jax)
Mark J. Rosenblum, Esq.

---

[1] By presentation of a copy of this Notice to court security officers, counsel will be permitted to bring cell phones and laptop computers into the Courthouse.