UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:06-cr-211-J-32MCR

TONY HENDERSON
  a/k/a "Hollywood"

## UNITED STATES' MOTION TO REDACT TRANSCRIPT

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court order that certain personal information be redacted from the official court transcript of defendant's initial appearance hearing on June 7, 2006, and states as follows:

On November 13, 2014, the court reporter filed a 16-page transcript of the initial appearance proceedings held on June 7, 2006.  This transcript is necessary for use in the pending appeal before the United States Supreme Court in *Tony Henderson v. United States*, No. 13-1487.  This transcript contains certain personal information about defendant.  In order to protect defendant's privacy and in compliance with Rule 49.1(a), Federal Rules of Criminal Procedure, the United States requests that the Court order the court reporter to redact the following items from this official transcript:

      1.    Page 2, line 25 (defendant's date of birth); and

      2.    Page 3, lines 2, 4 and 5 (defendant's address).

The undersigned has conferred with appellate counsel for defendant, Daniel R. Ortiz, Esq., who has advised that he has no objection to the relief sought herein.

WHEREFORE, the United States respectfully requests that this Court order the court reporter to redact the official court transcript of defendant's initial appearance hearing on June 7, 2006 as set forth herein.

>Respectfully submitted,
>
>A. LEE BENTLEY, III
>United States Attorney
>
>By: *s/ D. Rodney Brown*
>D. RODNEY BROWN
>Assistant United States Attorney
>Florida Bar No. 0906689
>300 N. Hogan Street, Suite 700
>Jacksonville, Florida 32202
>Telephone:     (904) 301-6300
>Facsimile:     (904) 301-6310
>E-mail:   rodney.brown@usdoj.gov

**U.S. v. Tony Henderson**  Case No. 3:06-cr-211-J-32MCR

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A hard copy of this document will be provided by United States mail to the following non-CM/ECF participants:

>Daniel R. Ortiz, Esq.
>University of Virginia School of Law
>Supreme Court Litigation Clinic
>580 Massie Road
>Charlottesville, Virginia 22903

>*s/ D. Rodney Brown*
>D. RODNEY BROWN
>Assistant United States Attorney