# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Sheryl L. Loesch | Jim Leanhart |
| Clerk | Jacksonville Division Manager |

**DATE:** January 8, 2015

**TO:** Clerk, U.S. Supreme Court

**UNITED STATES OF AMERICA,**

      Plaintiff,

V.                                            Case No: 3:06-cr-211-J-32JBT

**TONY HENDERSON**

      Defendants.

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

**U.S. Supreme Court Case No.:**      13-14628

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

- Complete Record on Appeal:

        1        Volumes of Pleadings (Sealed Documents)
        2        Volumes of Transcripts (#94 and #139)
        1        Presentence Investigation Reports

                                        SHERYL L. LOESCH, CLERK

                                        By:    s/S. Woolbright, Deputy Clerk