[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14628
Non-Argument Calendar

_____

D.C. Docket No. 3:06-cr-00211-TJC-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TONY HENDERSON,
a.k.a. Hollywood,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before WILLIAM PRYOR, MARTIN, and JORDAN, Circuit Judges.

PER CURIAM:

The Supreme Court vacated our prior decision in this case, *United States v. Henderson*, 555 F. App'x 851 (11th Cir. 2014), holding that 18 U.S.C. § 922(g) does not categorically bar a convicted felon from transferring lawfully obtained firearms to a third party "unless [the transfer] would allow the felon to later control

the [firearms], so that he could either use them or direct their use." *United States*

*v. Henderson*, 135 S. Ct. 1780, 1783 (2015).  We remand to the district court so

that it may consider Mr. Henderson's request that the FBI transfer his firearms to

his wife or a friend in accordance with the principles articulated by the Supreme

Court in *Henderson*. *See id.* at 1787 ("[W]hen a court is satisfied that a felon will

not retain control over his guns, § 922 does not apply, and the court has equitable

power to accommodate the felon's request [for a transfer].").

**REMANDED WITH INSTRUCTIONS.**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2015

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number:  12-14628-CC
Case Style:  USA v. Tony Henderson
District Court Docket No:  3:06-cr-00211-TJC-TEM-1

The enclosed published order has been entered.  This Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter