UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

### NOTICE OF APPEARANCE

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case the undersigned from this date forward.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:  s/ Michael J. Coolican
MICHAEL J. COOLICAN
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:  Michael.Coolican@usdoj.gov

**U.S. v. TONY HENDERSON**               Case No. 3:06-cr-211-J-32TEM

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I will serve a hard copy by U.S. Mail to the following:

>Tony Henderson, Pro Se
>6195 Oakdale Lane
>MacClenny, FL 32063

>*s/ Michael J. Coolican*
>MICHAEL J. COOLICAN
>Assistant United States Attorney