UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED 2015 AUG 24 PM 3:53
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES,

      Plaintiff,

v.                                       CASE NO. 03:06-CR-211-J-32 TJC-JBT

TONY HENDERSON,                 JUDGE TIMOTHY CORRIGAN,

      Defendant.

_____/

## MOTION TO TRANSFER OWNERSHIP AND POSSESSION OF PROPERTY

The above defendant, Tony Henderson, pro se, files this Motion to Transfer Ownership and Possession of Property, to wit: gun collection. Pursuant to the remand from the 11th Circuit Court of Appeal, Appeal No. 12-14628-CC with instructions consistent with the Supreme Court decision, *United States V. Henderson*, 135 S. Ct. 1780 (2015), Mr. Henderson states:

1.     On June 8, 2006, I was provided a property receipt for 19 firearms that were voluntarily turned over to the FBI.

2.     The above firearms were never found to be involved in any criminal activity. The above firearms were never determined to be purchased from proceeds from criminal activity. No notice of seizure was ever provided citing any statute under which such firearms were to be seized.

3.     The U.S. Supreme Court held that 18 U.S.C. § 922(g) does not categorically bar a convicted felon from transferring lawfully obtained firearms to a third party "unless [the transfer] would allow the felon to later control the firearms, so that he could either use them or direct their use." *Id.*

4.     The 11th Circuit remanded the case so that the District Court can examine my request to transfer ownership and control over the gun collection.

5.     I respectfully request that my son, James Thomas Henderson, be given ownership, possession and control of the firearms collection. In support of my request I state the following:

a. James Thomas Henderson, my son, is over the age of 21 and has no legal impediment to purchasing, possessing or own guns.
b. James Thomas Henderson has been living and working in Ft. Worth, Texas, for approximately three (3) years.
c. James Thomas Henderson has the ability to safely secure the gun collection under his control in his place of domicile in Ft. Worth, Texas.
d. James Thomas Henderson is aware that I, Tony Henderson, have been convicted of a felony and may not lawfully own, direct or control his use, sale, or possession of the gun collection.
e. I, Tony Henderson, give up all ownership and possessory rights in regards to the aforementioned gun collection.
f. James Thomas Henderson will have complete and independent control over the collection from date of transfer for all time into the future.
g. I swear and affirm that I will not make any efforts to control or influence James Thomas Henderson's enjoyment and control of the gun collection.

WHEREFORE, I respectfully request that this Court order whatever legally required background check is necessary in order to confirm that James Thomas Henderson has no legal impediment to owning and possessing the firearms collection.

FURTHER, I request that this Court issue an order to the FBI, upon completion of the require background check, to turn over the entire firearms collection to James Thomas Henderson, with no undue delay, upon his demand.

Dated: August 18, 2015

Respectfully submitted,

Tony Henderson, Pro Se
6195 Oakdale Lane
MacClenny, FL 32063
Phone: 904-259-1436

## CERTIFICATE OF SERVICE

A copy of this Motion was served on the following persons on August 18, 2015 by regular U.S. Mail:

Honorable Timothy J. Corrigan
U.S. District Court Judge
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

U.S. District Court Clerk for the
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

Michael J. Coolican
Assistant U.S. Attorney
U.S. Attorney's Office
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL  32202

_____
Tony Henderson