UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES,**

        **Plaintiff,**

v.                               CASE NO.  03:06-CR-211-J-32 TJC-JBT

**TONY HENDERSON,**          JUDGE TIMOTHY CORRIGAN,

        **Defendant.**
_____/

## AFFIDAVIT OF JAMES THOMAS HENDERSON

I, James Thomas Henderson, hereby swear under penalty of perjury the following in support of the Motion to Transfer Ownership and Possession of the firearms collection:

1. I am the son of Tony Henderson.
2. My date of birth is ▇▇▇▇▇▇ 1992. My current address is ▇▇▇▇▇▇ ▇▇▇▇▇▇ Ft. Worth, Texas 76108. I have lived in Texas for approximately three (3) years. My Driver License number is Texas ▇▇▇▇, valid through December 2, 2021.
3. I am employed full time and support myself.
4. I have never been convicted of any criminal felony.
5. I have never been treated for mental health issues.
6. I have no legal impediment to my owning or possessing firearms under Texas or federal laws.
7. I have the ability to lock and protect the gun collection.
8. I understand that my father, Tony Henderson, has been convicted of a felony which prevents him from possessing, controlling or directing the use of any firearms.
9. I understand that by accepting transfer of ownership and possession of the firearm collection at issue that my father may not possess, direct or control my independent use and enjoyment of the collection. I further understand that I may exercise complete control over the collection without any consultation or approval from my father.
10. I state unequivocally that I will not allow my father, Tony Henderson, to direct or control any interest in the firearm collection. In the event that I predecease my father, I will direct that the firearms collection be transferred to another person other than my father, in accordance with this statement.

11. I make this statement freely and without influence from any other person.

*(signature)*
JAMES THOMAS HENDERSON
███████████████
Ft. Worth, Texas 76108
Telephone: ███████

Dated: August 18, 2015.

Subscribed and Sworn to before me this 19 day of August 2015.

*(signature)*
Notary Public in and for the
County of Tarrant State of Texas



JASON JONES
Notary Public, State of Texas
My Commission Expires
September 08, 2015