UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

**UNOPPOSED MOTION FOR SCHEDULING ORDER
AND FOR NOTICE TO INTERESTED PARTY**

The United States of America moves for the entry of a scheduling order to address movant Tony Henderson's Motion to Transfer Ownership and Possession of Property (doc. 199). The United States proposes that any opposition or response to the motion be filed no later than October 23, 2015, that any reply by the movant be filed no later than November 6, 2015, and that a hearing on the motion follow at the earliest date, convenient for the court.

The movant, for the first time, proposes that certain firearms be transferred to his son. *See* Doc. 199. That proposal requires factual investigation and legal analysis by the United States to determine whether it is consistent with the Supreme Court's ruling in *Henderson v. United States*, No. 13-1487, (May 18, 2015). As such, there is good cause to enter the requested scheduling order to ensure that there is sufficient time to complete the necessary inquiry.

The United States also moves for an order requiring that the movant provide proof of service of his motion to Linda Henderson as an interested party, and that, in the future, the parties serve Mrs. Henderson with their filings related to the

motion and provide proof of such service.  As the movant's spouse, Mrs. Henderson has claimed previously that she has a property interest in the firearms that are the subject of the parties' dispute.  As such, her alleged rights are implicated by the movant's proposal.  She should therefore be afforded notice of developments in these proceedings.

The undersigned has conferred with the movant and confirmed that he has no objection to the instant motion.

Accordingly, the United States respectfully requests that the court enter the scheduling order proposed above; direct the movant to provide proof of service of his motion upon Linda Henderson; and direct the parties to provide proof of service of future, related filings upon Mrs. Henderson.

                                Respectfully submitted,

                                A. LEE BENTLEY, III
                                United States Attorney

By:  *s/ Michael J. Coolican*
      MICHAEL J. COOLICAN
      Assistant United States Attorney
      USA No. 156
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:   (904) 301-6300
      Facsimile:    (904) 301-6310
      E-mail:   Michael.Coolican@usdoj.gov

U.S. v. TONY HENDERSON                    Case No. 3:06-cr-211-J-32TEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I will serve a hard copy by U.S. Mail to the following:

> Tony Henderson, Pro Se
> 6195 Oakdale Lane
> MacClenny, FL 32063
>
> Linda Henderson
> 6195 Oakdale Lane
> MacClenny, FL 32063

> *s/ Michael J. Coolican*
> MICHAEL J. COOLICAN
> Assistant United States Attorney