**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-211-J-32JBT

TONY HENDERSON

### ORDER

**THIS CAUSE** is before the Court on the United States' Unopposed Motion for Scheduling Order and for Notice to Interested Party (Doc. #200; Motion), filed on September 11, 2015. After due consideration, the Motion (Doc. #200) is **GRANTED.** Accordingly, it is

**ORDERED**:

1. The United States' response to Defendant's Motion to Transfer Ownership and Possession of Property (Doc. #199) is due on or before October 23, 2015.

2. Defendant may file a reply to the Government's response on or before November 6, 2015.

3. The Clerk is directed to add as an interested party Linda Henderson, 6195 Oakdale Lane, Macclenny, Florida, 32063.

4. Defendant is directed to file proof of service of his motion to transfer ownership on Linda Henderson on or before September 28, 2015.

5. The parties are required to serve Linda Henderson with any future filings related to the motion to transfer ownership, and file proof of such service.

6. The Court will set a hearing on the motion to transfer ownership by separate order.

2

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of September, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Coolican)
Linda Henderson, Interested Party
Defendant