# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 28, 2015

Sheryl L. Loesch
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 12-14628-CC
Case Style: USA v. Tony Henderson
District Court Docket No: 3:06-cr-00211-TJC-TEM-1

On July 29, 2015, this appeal, on remand from the U.S. Supreme Court, was remanded to the District Court. Attached is a copy of the Supreme Court's revised judgment, which was issued on September 22nd.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

LetterHead Only

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

*Revised*

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 22, 2015

Clerk
United States Court of Appeals
  for the Eleventh Circuit
56 Forsyth Street, Northwest
Atlanta, Georgia  30303

      Re:  Tony Henderson
           v. United States
           No. 13-1487  (Your docket No. 12-14628)

Dear Clerk:

    Attached please find a certified copy of the ***revised*** judgment which reflects petitioner's recovery of costs in the above-entitled case.

                                                   Sincerely,

                                                   SCOTT S. HARRIS, Clerk

                                                   By  *Elizabeth Brown*

                                                   Elizabeth Brown
                                                   Judgments/Mandates Clerk

Enc.
cc:    Daniel R. Ortiz, Esq.                             John P. Elwood, Esq.
       Solicitor General

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 22, 2015

Mr. Daniel R. Ortiz
University of Virginia School of Law
Supreme Court Litigation Clinic
580 Massie Road
Charlottesville, Virginia  22903

Re: Tony Henderson
 v. United States
 No. 13-1487

Dear Mr. Ortiz:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Eleventh Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of record:** | $3,443.25 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $3,743.25 |

This amount may be collected from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Elizabeth Brown*

Elizabeth Brown
Judgments/Mandates Clerk

cc: Solicitor General     John P. Elwood, Esq.
 Clerk, USCA for the Eleventh Circuit
  (Your docket No. 12-14628)

## Supreme Court of the United States

No.   13-1487

*Revised*

**TONY HENDERSON,**                                             Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Eleventh Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Tony Henderson recover from the United States Three Thousand Seven Hundred Forty-three Dollars and Twenty-five Cents ($3,743.25) for costs herein expended.

May 18, 2015

| | |
|---|---|
| **Printing of record:** | $3,443.25 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $3,743.25 |



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp