UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

**UNITED STATES' OBJECTION, IN PART, TO MOTION TO
TRANSFER OWNERSHIP AND POSSESSION OF PROPERTY**

The movant, Tony Henderson, has moved *pro se* for an order providing that James T. Henderson "be given ownership, possession and control" of certain firearms being held by the FBI.  (Doc. 199.)   Assuming that the movant holds clear title to the firearms, the United States sees no legal bar to the requested relief.[1]   At various times, however, the movant has made representations to various courts that certain third parties hold property interests in the firearms.   As such, to the extent that the movant has not given fair notice of his motion to those third parties, the United States objects to the issuance of the requested order.

According to the movant, on December 1, 2008, he "transferred ownership" of the firearms to one Williams Boggs.   (See Appellant's Br. at 3, *U.S. v. Tony Henderson*, Docket No. 12-14628-CC (11th Cir. Jun. 27, 2013) (attached as Exhibit 1); *see also* Doc. 169 at 3.)   Subsequently, Mr. Boggs purportedly "cancelled the agreement to purchase" the firearm.   (Ex. 1 at 3.)   On July 16,

---

[1] The United States takes no position on the wisdom of transferring ownership of numerous firearms to James Henderson, who is 23 years old, lives in an apartment, and presently has no secure location in which to store the firearms.

2010, the movant represented to this court that he subsequently transferred his "non-possessory interest" in the firearms to one Robert Rosier.  (*See* Doc. 155, ¶ 4.)  For several years, including in his filings with the Court of Appeals and Supreme Court, the movant insisted that he had sold his interest in the firearms to Mr. Rosier.  (*See* Doc. 165, ¶ 7; Ex. 1 at 3; Petitioner's Brief at 6, *Henderson v. U.S.*, Docket No. 13-1487 (U.S. Dec. 8, 2014).[2])

In addition to claiming that he had sold his interest in the firearms to Messrs. Boggs and Rosier, the movant has asserted that his spouse, Linda Henderson, holds an "interest" in the firearms because they were "purchased with marital assets."  (Doc. 170 at 3; *see also* Doc. 174 at 1.)[3]  He subsequently represented that his son and stepson own some of the firearms at issue and that his children generally hold an interest in the firearms.  (*See* Ex. 1 at 1, 4-5, 8-9).

In short, at various times, before various tribunals, the movant has claimed that various third parties hold interests in the firearms.  Under such circumstances, the court should not direct that the firearms be given to James T. Henderson without first giving these third parties an opportunity to be heard. Rather, to protect the possible rights of these third parties, the court should: (i) direct the movant to identify with particularity the son, stepson, and other children whom he previously claimed owned or had an interest in the firearms; (ii) set a

---

[2] The movant's brief filed with the Supreme Court is publically available at americanbar.org/content/dam/aba/publications/supreme_court_preview/BriefsV4/13-1487_pet.authcheckdam.pdf.

[3] At the request of the United States, the court previously ordered the movant to provide notice of these proceedings to Linda Henderson.  (*See* Doc. 201.)

hearing on the movant's motion; and (iii) direct the movant to serve copies of his motion and a notice of the hearing on those children whom identifies, as well as Linda Henderson, William Boggs, and Robert Rosier. Respectfully, the court should consider granting the relief requested by the movant only after these individuals have notice and an opportunity to be heard.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By: *s/ Michael J. Coolican*
     MICHAEL J. COOLICAN
     Assistant United States Attorney
     USA No. 156
     300 N. Hogan Street, Suite 700
     Jacksonville, Florida 32202
     Telephone: (904) 301-6300
     Facsimile: (904) 301-6310
     E-mail: Michael.Coolican@usdoj.gov

U.S. v. TONY HENDERSON          Case No. 3:06-cr-211-J-32TEM

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and I will serve a hard copy by U.S. Mail to the following:

>Tony Henderson, Pro Se
>6195 Oakdale Lane
>MacClenny, FL 32063
>
>Linda Henderson
>6195 Oakdale Lane
>MacClenny, FL 32063

>*s/ Michael J. Coolican*
>MICHAEL J. COOLICAN
>Assistant United States Attorney