UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:06-cr-211-J-32JBT

TONY HENDERSON
_____/

### ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Transfer Ownership and Possession of Property ("Motion") (Doc. 199) and the United States' Objection, in Part, to the Motion ("Response") (Doc. 204). The Court previously entered an Order giving Defendant the option to file a reply on or before November 6, 2015. (Doc. 201.) To date, no reply has been filed. However, in light of the issues raised in the Response, the Court finds that a reply from Defendant is necessary.

Accordingly, it is **ORDERED**:

**On or before December 10, 2015**, Defendant shall file a reply to the Government's Response or else the Government's position therein will be considered unopposed.

**DONE AND ORDERED** at Jacksonville, Florida, on November 19, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Asst. U.S. Attorney (Coolican)

Linda Henderson, Interested Party

Defendant