UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

    Plaintiff,

v.                                 CASE NO.   03:06-CR-211-J-32 TJC
                                                           TEM-1
TONY HENDERSON,                 JUDGE TIMOTHY CORRIGAN,

    Defendant.
_____/

## RESPONSE TO GOVERNMENT'S NON-OBJECTION IN PART TO TRANSFER OWNERSHIP AND POSSESSION OF PROPERTY

      In response to the Government's Response to my Motion to Transfer Ownership ad Possession of my property, to wit: gun collection, to my son, James Henderson, I hereby provide Statements Pursuant to 28 U.S.C. § 1726 made under penalty of perjury from Robert Rosier, William Boggs, Linda Henderson, Rebecca Henderson, and Milton Freddie Jones III (Trey). indicating that they have no financial or possessory interest in the property and/or objection to the transfer to James Henderson.

      As the government has no objection as to the legal ability of James Henderson to own and possess such gun collection, I hereby renew my Motion to expedite the transfer of the property in total to my son, Jams Henderson. The government has gratuitously opined in a footnote that although such transfer has no legal impediment, there may be some personal question as to the wisdom of such transfer. The government notes that James is a 23 year old adult, living in an apartment in Texas. James is also supporting himself, holding a full time job, recently earned an early raise for his work ethic, and has no history of drug abuse or mental illness. I have trained him in gun safety, cleaning and handling. He will be taking my gun safe to Texas in order to properly store the collection. James is even tempered and responsible. Although the government believes this matter warrants an in person hearing on the issue, it has provided no rationale that it is necessary other than to continue to make dilatory arguments in an effort to block the relief afforded me by the U.S. Supreme Court in a 9-0 decision.

      It is time for the government's excuses to stop and for this court to order the FBI to turn over the property to my designee, James Henderson.

Therefore, I renew my request that this Court issue an order to the FBI to turn over the entire firearms collection to James Thomas Henderson, with no undue delay, upon his demand.

Dated: November 17, 2015

Respectfully submitted,

/s/ Tony Henderson

Tony Henderson, Pro Se
6195 Oakdale Lane
MacClenny, FL 32063
Phone: 904-259-1436
904-534-3377

## CERTIFICATE OF SERVICE

A copy of this Motion was served on the following persons on November 17, 2015 by certified U.S. Mail:

Honorable Timothy J. Corrigan
U.S. District Court Judge
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

U.S. District Court Clerk for the
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

Russell Stoddard
Assistant U.S. Attorney
U.S. Attorney's Office
Middle District of Florida
300 N. Hogan Street
Jacksonville, FL 32202

Robert Rosier
[redacted]
St. Augustine, Fl. 32092

William Boggs
████████████
MacClenny, Fl. 32063

Milton Freddie Jones III (Trey)
████████████
Ft. Worth, Tx. 76108

James Henderson
████████████
Ft. Worth, Tx. 76108

Delivered in person to:
Linda Henderson
Rebecca Henderson
████████████
MacClenny, Fl. 32063

_____
Tony Henderson