UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

      Plaintiff,

v.                               CASE NO.   03:06-CR-211-J-32 TJC
                                              TEM-1
TONY HENDERSON,            JUDGE TIMOTHY CORRIGAN,

      Defendant.
_____/

## STATEMENT OF WILLIAM BOGGS

      Pursuant to 28 U.S.C. § 1746, I, William Boggs make the following declaration under penalty of perjury: I have no financial or possessory interest in the gun collection belonging to Tony Henderson. Due to the extensive delay in being able to purchase and possess the firearms at issue, the offer to purchase was rescinded in total. I have no objection to any future transfers designated by Tony Henderson to other persons.

Dated:

11/12/15

                                                                  */s/ William C. Boggs*
                                                                   William Boggs