UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES,**

    **Plaintiff,**

v.                                                          CASE NO.   03:06-CR-211-J-32 TJC
                                                                                     TEM-1
**TONY HENDERSON,**                      JUDGE TIMOTHY CORRIGAN,

    **Defendant.**
_____/

### STATEMENT OF ROBERT ROSIER

    Pursuant to 28 U.S.C. § 1746, I, Robert Rosier, make the following declaration under penalty of perjury: I have no financial or possessory interest in the gun collection belonging to Tony Henderson. Due to the extensive delay in being able to purchase and possess the firearms at issue, the offer to purchase was rescinded in total. I have no objection to any future transfers designated by Tony Henderson to other persons.

Dated:

                                                  _____
                                                Robert Rosier

                                                11-5-2015