UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

      **Plaintiff,**

v.                                   CASE NO.    03:06-CR-211-J-32 TJC
                                                                             TEM-1

TONY HENDERSON,                  JUDGE TIMOTHY CORRIGAN,

      **Defendant.**

_____/

## STATEMENT OF LINDA L. HENDERSON

     Pursuant to 28 U.S.C. § 1746, I, Linda L. Henderson, wife of Tony Henderson, do make the following declaration under penalty of perjury: I have been provided notice of the proceedings and the intent to transfer title and possession of the entire gun collection at issue to our son, James Henderson. I agree that any financial and possessory interest that I have in the gun collection may be transferred as designated by Tony Henderson to James Henderson.

Dated:
11/08/2015

                                                                                    */s/ Linda L. Henderson*
                                                                                    Linda Henderson