UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

        **Plaintiff,**

v.                           CASE NO.   03:06-CR-211-J-32 TJC
                                               TEM-1
TONY HENDERSON,              JUDGE TIMOTHY CORRIGAN,

        **Defendant.**
_____/

## STATEMENT OF REBECCA D. HENDERSON

      Pursuant to 28 U.S.C. § 1746, I, Rebecca D. Henderson, daughter of Tony Henderson, do make the following declaration under penalty of perjury: I have been provided notice of the proceedings and the intent to transfer title and possession of the entire gun collection at issue to my brother, James Henderson. I have no objection to the transfer of the gun collection as designated by Tony Henderson to James Henderson.

Dated: 11/9/2015

                                                       _/s/ Rebecca Henderson_
                                                       Rebecca D. Henderson