UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

        Plaintiff,

v.                              CASE NO.   03:06-CR-211-J-32 TJC
                                                  TEM-1
TONY HENDERSON,               JUDGE TIMOTHY CORRIGAN,

        Defendant.
_____/

## STATEMENT OF MILTON FREDDIE JONES III (Trey) [handwritten: Trey ×2]

Pursuant to 28 U.S.C. § 1746, I, Milton Freddie Jones III (Jones) [handwritten: Trey ×2], do make the following declaration under penalty of perjury: I have no financial or possessory interest in the gun collection belonging to my step father, Tony Henderson. I have no objection to Tony Henderson transferring the gun collection to any other person.

Dated:

11/14/15

                                          _____
                                          Step son

1