UNITED STATES OF AMERICA
DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

      **Plaintiff,**

v.                                     CASE NO.    03:06-CR-211-J-32 TJC
                                                             TEM-1
TONY HENDERSON,                      JUDGE TIMOTHY CORRIGAN,

      **Defendant.**
_____/

## ORDER

      The court being satisfied that Defendant, Tony Henderson, has agreed to relinquish all ownership and possessory rights to the firearms collection currently in the custody of the FBI, Defendant's Motion to Transfer Ownership and Possession of the Firearms collection, to his son, James Thomas Henderson, is hereby GRANTED.

      The FBI, finding no legal impediment of ownership and possession, is hereby ORDERED to turn over the Firearms Collection to Tony Henderson's nominee/son, James Thomas Henderson, of Ft. Worth, Texas.

      ORDERED all rights of ownership, possession and control over the firearms collection is hereby terminated as to Tony Henderson, Defendant.

Dated:

                                                  _____
                                                HONORABLE TIMOTHY J. CORRIGAN
                                                U.S. District Court for the
                                                Middle District of Florida