# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-

**TONY HENDERSON**

Case No. 3:06-cr-211-J-32JBT

Defense Atty.: None present
AUSA: Michael J. Coolican

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 12/9/2015<br>2:01 p.m. - 2:26 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

## CLERK'S MINUTES

**PROCEEDINGS:**            **STATUS HEARING**

Mr. Tony Henderson is present in the courtroom.

The Court discusses the Motion to Transfer Ownership and Possession of Property (Doc. 199) and how to proceed.

Government advises the Court that it is satisfied that any rights of any third parties have been adequately safeguarded.

Government advises the Court that the proposed recipient of the guns James Henderson has been interviewed by the FBI and they are not inclined to request an evidentiary hearing as to the authenticity of the affidavits, and with respect to the relief requested by Mr. Henderson the United States believes he has satisfied the standards consistent with the Supreme Court opinion.

The Court advises the parties if the Government is willing to transfer the guns to James Henderson without a court order an evidentiary hearing is not needed.

The Government shall advise the Court within 45 days as to the status of the transfer of the guns or the need for an evidentiary hearing.

Status Hearing set for February 3, 2016, at 2:00 p.m.

Evidentiary Hearing set for February 17, 2016, at 2:00 p.m.

**Notices to enter.**