**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

TONY HENDERSON

**CASE NO.: 3:06-cr-211-J-32JBT**

## NOTICE OF SETTING HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **Status Hearing** on **February 3, 2016, at 2:00 P.M.,** before the Honorable Joel B. Toomey, United States Magistrate Judge, in Courtroom No. 5A, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

December 9, 2015

JOEL B. TOOMEY
United States Magistrate Judge

By: s/s Tracee S. Perrotti
Tracee S. Perrotti, Courtroom Deputy

Copies to:
Asst. U. S. Attorney (Coolican)

Tony Henderson
6195 Oakdale Lane
MacClenny, Florida 32063

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.