UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.          CASE NO. 3:06-cr-211-J-32TEM

TONY HENDERSON

## ORDER

The movant Tony Henderson has moved for an order directing the FBI to turn over 17 certain firearms to his son, one James Thomas Henderson. (Doc. No. 199). The firearms at issue (the "Firearms") are:

  a. Ruger Special model SP101 5-shot revolver, serial number 571-46662;

  b. Jennings model J-22 pistol & magazine, serial number 187827;

  c. Smith & Wesson .357 magnum model 66-2 revolver, serial number AHJ0991;

  d. High Standard Foremost model 4011 12-gauge shotgun, serial number 3078949;

  e. Iver Johnson's Arms model Champion 16-gauge shotgun, serial number 62850XH;

  f. Erma Werke GMBH model EW22 .22-caliber rifle, with Bushnell scope (imported by Iver Johnson's Arms), serial number 003561;

  g. Smith & Wesson model 66 6-shot revolver, with wooden case, engraved US Border Patrol #1243, serial number 7K49862;

    h.    Rogue Rifle Co. model Chipmunk Actra bolt-action rifle, serial number 62724;

    i.    Japanese Arisika 6.5 mm rifle (M1 Grand – WWII), nonfunctional, serial number C5432

    j.    Savage .410 bore shotgun, engraved "Little Pet," serial number 429HY;

    k.    U.S. Rifle Arms Corp. USA, model M1A1 Garand custom, .308 caliber semi-automatic rifle with three magazines, serial number 10667;

    l.    Remington model 550-I semi-automatic .22LR rifle, no serial number;

    m.    O.F. Mossberg & Sons model 152K rifle, with one magazine, no serial number;

    n.    RFI Enfield Mark III* 7.62 caliber rifle and one magazine, serial number H4991;

    o.    Marlin Firearms Greenfield model 60 rifle with scope, serial number 24275308;

    p.    Rossi model M92 rifle, imported by Interarms, serial number K023232; and

    q.    Kel Tec model SUB-2000 semi-automatic submachine gun, serial number 06581.

Having considered the respective submissions of the United States, Tony Henderson, and James Thomson Henderson, and having determined that the movant is entitled to the requested relief

    IT IS THEREFORE ORDERED under the authority recognized by the United States Supreme Court in *Henderson v. United States*, 135 S.Ct. 1780 (2015), that as soon as practical, the FBI shall cause the Firearms to be

transported to its field office in Dallas, Texas, and then and there, make the Firearms available to James Thomas Henderson so that he make take possession of them.

    IT IS FURTHER ORDERED that upon James Thomson Henderson's taking possession of the Firearms, any and all of Tony Henderson's property rights and ownership interests in the Firearms shall be vested in James Thomson Henderson.

    DONE AND ORDERED at Jacksonville, Florida this \_\_\_\_\_ day of _____, 2016.

    _____